RECEIVED
SEP 29 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER KEITH HANDY | CIVIL ACTION NO. 17-00033 |
| VERSUS | JUDGE DOHERTY |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in this record;

IT IS ORDERED that this petition for *habeas corpus* should be DISMISSED.

THUS DONE AND SIGNED in Chambers, in Lafayette, Louisiana, this ___29___ day of September, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE